| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)*<br>0536 5:11cr163 and 5:11cr15 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00078-CDS-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dwayne Naycon Hooks | Western District of Louisiana | Shreveport |

__X__ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON

**5/13/2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ **MAM** DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Judge Donald E. Walter |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 2-2-2022 | 2-1-2027 |

OFFENSE

Ct 2 WD/LA 18 U.S.C. §§2113(a) & (d) and 2  Bank Robbery by Force or Violence with a Firearm
Ct 1 ED/TX  18 J.S.C. §2113(a)                      Bank Robbery by Force of Violence
Ct 2 ED/TX  18 J.S.C. §§924(c)( I )(A)(i) & 2  Possession of a Firearm during and in relation to a Crime of Violence
Ct 3 ED/TX  18 J.S.C. §2113(a)                      Bank Robbery by Force or Violence

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hooks does not intend to relocate to WDLA.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Shreveport___

        IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada _____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

        05/11/26
        _____
        Date

        _____
        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Nevada___

        IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

        May 14, 2026
        _____
        Effective Date

        _____
        United States District Judge